

FILED

NOV 09 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| JAMES GRAVES,  Plaintiff,  vs.  SAFECO INSURANCE COMPANY OF ILLINOIS,  Defendant. | CV 19-87-BLG-SPW-TJC  ORDER |

Upon the Stipulation for Dismissal with Prejudice (Doc. 20) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED with prejudice**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this __10th__ day of November, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1